**92–190.** State ex rel. Vindicator Printing Co. v. Watkins. *Trumbull County*, No. 91–T–4555. On request for oral argument. Request granted.

HOLMES, J., dissents.

**92–282.** St. Elizabeth Hosp. Med. Ctr. v. Moliterno. *Mahoning County*, No. 89 C.A. 185. On motion to reconsider denial of motion to vacate or, in the alternative, on request for extension of time. Motion to reconsider denied and request for extension of time granted.

HOLMES, J., dissents.

**92–324** and **92–652.** Carpenter v. Consol. Rail Corp. *Mahoning County*, No. 90 C.A. 116. On motion for leave to file *amicus* of the state of Ohio. Motion granted.

**92–953.** State v. Yoder. *Union County*, No. 14–91–31. On motion for leave to file record and brief instanter. Motion granted.

**92–954.** State v. Grigsby. *Union County*, No. 14–91–33. On motion for leave to file record and brief instanter. Motion granted.

**92–981.** State v. Davidson. *Union County*, No. 14–91–36. On motion for leave to file appellant's record instanter. Motion granted.

**92–1327.** Bank One, Columbus, N.A. v. O'Brien. *Franklin County*, Nos. 91AP–820 and 91AP–882. On motion for leave to file memorandum in support instanter. Motion granted.

H. BROWN, J., not participating.

**92–1388.** State v. Freeman. *Montgomery County*, No. 12198. On motion to reconsider denial of extension. Motion denied.

**92–1435.** Ohio Domestic Violence Network v. Pub. Util. Comm. Public Utilities Commission, Nos. 90–467–TP–ATA and 90–471–TP–ATA. On motion for leave to intervene of Ohio Bell Telephone Company. Motion granted.

**92–1441.** State v. Thomas. *Logan County*, No. 8–91–18. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT and RESNICK, JJ., dissent.

**92–1445.** Griffith v. Portage Cty. Agricultural Soc. *Portage County*, No. 91–P–2315. On motion for leave to file *amicus* of Portage County Prosecuting Attorney. Motion granted. On motion for leave to file *amicus* brief instanter. Motion granted.

**92–1542.** State v. Mowery. *Hocking County*, No. 91–CA–19. On motion for leave to file notice of appeal instanter and request for extension. Motion and request granted.

HOLMES, J., dissents.

**92–1551.** State v. Ashby. *Cuyahoga County*, No. 59616. On motion for leave to file delayed appeal. Motion granted.

HOLMES and WRIGHT, JJ., dissent.

**92–1562.** State v. Scott. *Logan County*, No. 8–91–5. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and H. BROWN, JJ., dissent.

**92–1563.** State v. Royer. *Stark County*, No. CA–8568. On motion for leave to file delayed appeal. Motion denied.

H. BROWN and RESNICK, JJ., dissent.